IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Nos. CR-F-88-29 EDP and CR-F-88-68 EDP |
|---|---|---|
| Plaintiff/ Respondent, | ) ) ) ) ) | ORDER DENYING MOTION FOR EARLY RELEASE DUE TO MEDICAL CONDITION |
| vs. | ) | |
| HOWARD HARRIS, | ) | |
| Defendant/ Movant. | ) ) ) | |

Movant Howard J. Harris, proceeding in pro per, has filed a "Motion for Early Release Due to Medical Condition Pursuant to Title 18 U.S.C. § 3553(b) and 3582(c)(1)(a) [sic] and Pursuant to U.S.S.G § 5H1.4".

Movant was sentenced on January 23, 1995 to 292 months incarceration on each indictment, the sentences to run concurrently, and a five year term of supervised release.

In the instant motion, movant asserts that he is suffering

1

1  from a terminal kidney illness and requests immediate release
2  from incarceration.  Movant contends:

> Defendant Mr. Harris suffered total kidney failure about two year [sic] ago. Presently he is on dialysis machine that fillters [sic] his body waste fluids, however, this is only temporary.  Defendant will need a kidney transplant in the near future, he has suffered two heart attacks and three oaqtoplost surgery [sic].  He is awaiting surgery for an access line for dialysis. While defendant is incarcerated in the BOP, he will not get a transplant.  He will not be eligible unless he is free to add his name to the donors list.

Movant cannot base his request for early release on 18 U.S.C. § 3553 or U.S.S.G. § 5H1.4 because these provisions apply to initial sentencing and do not accord authority to this court to subsequently modify that sentence.

Movant also is not entitled to relief pursuant to 18 U.S.C. § 3582(c)(1)(A) because the court's authority to modify a sentence pursuant to that statute is expressly conditioned "upon motion of the Director of the Bureau of Prisons".  No such motion has been made in connection with movant.

ACCORDINGLY:

1.  Movant Howard Harris's "Motion for Early Release Due to Medical Condition Pursuant to Title 18 U.S.C. § 3553(b) and 3582(c)(1)(a) [sic] and Pursuant to U.S.S.G § 5H1.4" is denied.

IT IS SO ORDERED.

**Dated:  February 23, 2006**                    **/s/ Robert E. Coyle**
668554                                           UNITED STATES DISTRICT JUDGE

2