**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:88-CR-00029 LJO |
| Plaintiff | ) | 1:88-CR-00068 LJO |
| | ) | |
| v. | ) | REQUEST FOR MEDICAL |
| | ) | REPORT |
| HOWARD JAMES HARRIS, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

The Court having received a motion for reduction of sentence due to medical reasons from the defendant, the Bureau of Prisons is requested to provide this Court with a current medical evaluation of the defendant as soon as is practical.

Within ten days of the receipt of the report, the United States Probation Office and the United States Attorney shall file a written response to the defendants motions.


Dated: February 27, 2008              /s/ OLIVER W. WANGER

                                      _____
                                      OLIVER W. WANGER
                                      United States District Judge

1

```
                        CERTIFICATE OF SERVICE



UNITED STATES OF AMERICA,


vs                                              1:88-CR-29 LJO
                                                1:88-CR-68 LJO


HOWARD JAMES HARRIS,


_____


     I, the undersigned, hereby certify that I am an employee of
the office of the Clerk of the U.S. District Court, Eastern
District of California, and that on February 27, 2008, I served a
copy of the attached Request for Medical Report by placing said
copy in a postage-paid envelope addressed to the person(s)
hereinafter listed, by depositing said envelope in the United
States Mail at Fresno, California, or by placing said copy into an
inter-office delivery receptacle located in the Clerk's Office.


SERVED BY MAIL                       INTER-OFFICE DELIVERY

Howard James Harris                  United States Attorney
54030-097
Medical Center                       United States Probation
   for Federal Prisoners             Office
Box 4000
Springfield, MO  65801-4000


Served by FAX

Darla Dunn
BOP - Springfield




                                         /s/ G. Lucas
                                     _____
                                     G. Lucas
                                     Deputy Clerk
```

2